**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**HEATH MAY**                                                                                          **PLAINTIFF**

**VS.**                                                            **CASE NO.: 3:16-CV-281-CWR-FKB**

**CAPITAL CITY SECURITY, INC. and
CISSYE L. CARTHAN. INDIVIDUALLY**                                        **DEFENDANTS**

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF CLAIMS WITH PREJUDICE**

---

Plaintiff, Heath May, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of claims with prejudice as to Defendants, Capital City Security, Inc. and Cissye L. Carthan, Individually.

Respectfully submitted, this the 10th day of May, 2016.

                                                                              Heath May, Plaintiff

                                                                              */s/ Christopher W. Espy*
                                                                              **CHRISTOPHER W. ESPY, ESQ.**

                                                                              Christopher W. Espy, Esq. (MBN: 102424)
                                                                              MORGAN & MORGAN, PLLC
                                                                              188 East Capitol Street, Suite 777
                                                                              Jackson, Mississippi 39201
                                                                              Phone: 601-718-2087
                                                                              Fax:    601-718-2102
                                                                              Email: cespy@forthepeople.com

                                                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Christopher W. Espy, Esq., attorney for Plaintiff, do hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the online CM/ECF system, which I understand will send a Notice of Electronic Filing to any and all parties of record.

So certified, this the 10th day of May, 2016.

*/s/ Christopher W. Espy*
**CHRISTOPHER W. ESPY, ESQ.**